UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
Case No. 3:22-cv-00443-TJC-LLL

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

FLORIDA HOMES REALTY & MORTGAGE
LIMITED LIABILITY COMPANY, doing business as
FLORIDA HOMES REALTY & MORTGAGE,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that the Parties have settled this matter. Plaintiff respectfully requests that they be relieved of all pending deadlines and obligations. The Parties will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com

    Social Justice Law Collective, PL
    974 Howard Ave.
    Dunedin, FL 34698
    (202) 709-5744

- 2 -

                (866) 893-0416 (Fax)

                Attorneys for the Plaintiff

        By: *s/ Joshua A. Glickman*
                Joshua A. Glickman, Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 22nd day of September, 2022, which will send a notice of electronic filing to all attorneys of record.

        By: *s/ Joshua A. Glickman*
                Joshua A. Glickman, Esq.