UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.                                                    Case No. 3:22-cv-443-TJC-LLL

FLORIDA HOMES REALTY &
MORTGAGE LIMITED LIABILITY
COMPANY,

    Defendant.

## O R D E R

The Court has been advised that this case has been settled (Doc. 13). Accordingly, it is now

**ORDERED:**

1.    The parties shall have until **November 28, 2022** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for extension of time by the **November 28, 2022** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their**

**settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 27th day of September, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record