# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.                                            Case No. 3:22-cv-443-TJC-LLL

FLORIDA HOMES REALTY &
MORTGAGE LIMITED LIABILITY
COMPANY,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal (Doc. 15), filed on April 10, 2023, this case is dismissed with prejudice.* The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of April, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record

---

\* The Court is overlooking that this notice was due to be filed by November 28, 2022, some four and half months ago. (See Doc. 14).